**EXHIBIT 1**

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

**Greer M. Lynch**
**Clerk of Court**

**Sheri Jones**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Greer M. Lynch**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **Matthew Garmon** was duly admitted to practice in said Court on **November 24, 2015**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on February 5, 2026.

GREER M. LYNCH, CLERK

By: Amiyah F Drake

Amiyah F Drake, Deputy Clerk